UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
(Eastern) HATTIESBURG DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

vs.                                              CIVIL ACTION NO. 2:18-cv-2-KS-MTP

PETER BREEDEN                                                      DEFENDANT

## COMPLAINT

COMES NOW, D. Michael Hurst, Jr., United States Attorney for the Southern District of Mississippi, on behalf of Plaintiff, United States of America, and files this its Complaint against Defendant Peter Breeden, and in support says:

1. This is a civil action brought on behalf of the United States of America and this Court has jurisdiction under the provisions of 28 U.S.C. § 1345.

2. Defendant resides at Hattiesburg, MS, within the Southern District of Mississippi.

3. Defendant owes Plaintiff the principal sum of $9,031.01, plus interest, as more fully set forth on the Certificate of Indebtedness attached hereto as Exhibit "A".

4. Due demand has been made for payment.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a) In the amount of $15,452.54 ($9,031.00 principal and $6,421.54 interest) plus 11% interest accrued through November 21, 2017;

b) Interest to accrue at the legal rate to date of judgment;

c) Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

   d) Filing fee costs in the amount of $400.00 ($350.00 filing fee plus $50.00 administrative fee) in favor of Plaintiff, pursuant to 28 U.S.C. § 2412(a)(2); and

   e) For such other good and proper relief as this Court may deem just.

DATED: January 10, 2018          Respectfully submitted,

                 D. MICHAEL HURST, JR.
                 United States Attorney

           BY: s/Marc A. Perez
              Marc A. Perez
              Assistant United States Attorney
              501 East Court Street, Suite 4.430
              Jackson, MS 39201
              Washington State Bar No. 33907
              (601) 965-4480
              Marc.Perez@usdoj.gov



DEPARTMENT OF HEALTH & HUMAN SERVICES

Program Support Center

Debt Collection Center

## CERTIFICATE OF INDEBTEDNESS

*Nursing Scholarship Program (NSP)*

Peter A. Breeden
304 Hillendale Dr
Hattiesburg, MS 39402
SSN: 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
REF: 46090002

**Total debt due United States as of November 21, 2017: $15,452.54 (principal $9,031.00; interest $6,421.54).**

I certify that the Department of Health and Human Services' (HHS) records show that the individual named above is indebted to the United States in the amount stated. Interest accrues on the principal amount of this debt at the fixed rate of 11% per annum. The interest accrues at $2.72 per day.

Peter A. Breeden submitted an application and signed a contract to participate in Nursing Scholarship Program (NSP), Section 846(d) of the Public Health Service Act (42 U.S.C. § 297n(d)).

On September 23, 2008, he was approved to receive a scholarship award for the 2008-2009; and the 2009-2010 school year. The funds received totaled $9,031.00 representing tuition, fees, monthly stipends, and other reasonable educational costs.

One of the conditions for receipt of funds is that he maintain enrollment as a full-time student until completion of the course of study for which the scholarship was provided. On January 23, 2009, his enrollment in nursing school was terminated because he voluntarily withdrew from school.

Pursuant to 42 U.S.C. 297n(g)(1)(A), if a participant fails to maintain an acceptable level of academic standing in the nursing program, is dismissed from the nursing program for disciplinary reasons, or voluntarily terminates the nursing program, the participant is liable to the Federal Government for the amount of his or her award, and for interest on that amount at the maximum legal prevailing rate. The amount the Federal Government is entitled to recover is due no later than three (3) years from the date of the participant's default.

On July 07, 2009, he was notified by letter that he had been placed in default of the conditions of his contract effective January 23, 2009. He was informed of the annual interest rate applicable to his debt and advised that interest would accrue on the unpaid principal balance from the date of default until the debt is paid in full. He was advised the debt must be paid within three years from the date of default. Instructions were enclosed for requesting a repayment agreement if he was unable to remit the total amount due.

Exhibit "A"

# PAGE 2 - CERTIFICATE OF INDEBTEDNESS - DEBTOR'S NAME

In a letter dated December 23, 2011, he was advised that his account had been referred to a private collection agency. He was notified that unless payment in full or an RA was concluded, the account would be referred to DOJ for enforced collection.

By letter dated May 11, 2012, he was advised that his account was delinquent. He was notified of HHS' intent to refer his debt to other Federal agencies for the purpose of administrative offset, which may include Federal tax refund offset, salary offset, wage garnishment, and other Federal or State Agencies payments. He was advised that paying the debt in full or entering into an RA would terminate administrative offset.

Additional notifications and demand letters regarding the indebtedness were sent on the following dates: April 02, 2014; June 23, 2014; July 29, 2014; January 28, 2015; and May 06, 2015.

By letter dated November 29, 2017, Mr. Breeden was sent a final notice regarding the delinquent debt. He was advised that if payment was not received within thirty days, the debt would be referred to the DOJ for litigation. He did not respond.

The following provides a breakdown of payments made on the debt:

| | | |
|---|---|---|
| Voluntary Payments | 01/09/14 to 02/23/15 | 647.67 |
| Treasury Offset Payments | 03/27/13 to 04/24/17 | 1705.46 |
| Total | | $2,353.13 |

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment agreement. The debt is now being referred to the U.S. Department of Justice (DOJ), District of Southern Mississippi, 501 E Court St., Suite 4.430 Jackson, MS 39201 for enforced collection.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

12/5/17
Date

Melodie R. Sanders
Chief, Debt Referral Section
Program Support Center
U.S. Department of Health and Human Services

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET Civil No.: 2:18-cv-2-KS-MTP

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
PETER BREEDEN

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **FORREST**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Marc A. Perez, Chief Chief, AUSA
501 East Court Street, Suite 4.430
Jackson, MS  39201  (601) 965-4480

Attorneys *(If Known)*
N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question *(U.S. Government Not a Party)*
[ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [X] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:
28 U.S.C. Section 1345.  This is a civil action to U. S. to collect debt owed

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 15,452.54
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 01/10/2018
SIGNATURE OF ATTORNEY OF RECORD: MARC A. PEREZ, CIVIL CHIEF, AUSA

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE Starrett   MAG. JUDGE Parker